AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| CHANCE SANDERS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CIV 22-69-JFH-JAR |
| CORECIVIC, et al; | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

CoreCivic, Inc., Rideout, Beck and Laster          .

Date:  05/05/2022

s/ Darrell L. Moore
*Attorney's signature*

DARRELL L. MOORE, OBA 6332
*Printed name and bar number*

P.O. BOX 368
PRYOR, OK 74362

*Address*

darrellmoore@jralphmoorepc.com
*E-mail address*

(918) 825-0332
*Telephone number*

(918) 825-7730
*FAX number*