**FILED**

NOV 28 2022

Judge: Jason A. Robertson OR Court Clerk    Nov 8, 2022

I have been sending letter to "OSBI", I have been trying to have them start a investgation on my case. But I have yet to reach anyone. Do to the facked that I don't have a single name or title to put on invlope. Can you help me with a single name of a person to contact from OSBI. The facility has blocked everything Seen's I filed my suit. After 3 years of talking to my ant, they blocked her number. I don't get any mail from her anymore. And she wrote 2 diffent time's a month. And I am being acalted with Oc spray/macie. but when they do it, its on the weekend. When the head's ant here. I Just need any help I can get. If you can help thank you. If that is not aloud I under stand

God Bless

From: Chance Sanders

Back

Nov 15, They have something planed for me. It is spost to happen with in the next 2 weeks.
Mis. Dorment (AW) is the one pushing things in order to make it happen the Max inmate's will come out there cells you can lisen to Phone Call's on wall phone.
Can you check in and see if I am still Alive